IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of )
)
JASON W CAYLOR )  Chapter 13 Case No. 14-40584-EJC
KEISHA C CAYLOR )
617 CLIFF DR )
POOLER, GA  31322 )
)

        Debtor(s)

## MOTION TO DISMISS

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his confirmed Chapter 13 plan in the amount and as of the date shown below.

    Amount of Default:    $344.06
    As of:    August 16, 2016
    Date of Last Payment:    August 08, 2016

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $122.00 MONTHLY.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

## NOTICE ON MOTION

Pursuant to direction by the court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty-one (21) days of the date shown below, the case shall be dismissed. COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.

I certify that copies of this motion and notice have been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this  16  day of August, 2016.

    s/ O. Byron Meredith III
    O. Byron Meredith III
    Georgia Bar # 002330
    P.O. Box 10556
    Savannah, GA 31412
    (912) 234-5052

JEFFREY S HANNA (CR)
By Electronic Noticing

STATUS OF CLAIMS AS OF 08/16/2016

Atty: Laura Grifka

| 14-40584-EJC | JASON W CAYLOR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | KEISHA C CAYLOR | | | ATTY: JEFFREY S HANNA (CR) | | | | | | |
| | 617 CLIFF DR | | | TRUSTEE 10.0% | | | | | | |
| | POOLER, GA 31322 | | | | | | | | | |

| | | | | | LAST 5 PMTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FILED | 04/10/2014 | IC 0.00% AT $122.00 / M | MOS 46 | 08/08/2016 | 30.50 | PAID IN | | | | 2,684.18 |
| FIRST MTG | 05/16/2014 | | | 05/16/2016 | 30.32 | SHORTAGE | | | | |
| CONFIRMED | 06/11/2014 | | | 05/10/2016 | 30.50 | DELQ | | | | 344.06 |
| MODIFIED | | Bar Date 08/14/2014 | | 05/04/2016 | 30.50 | PLAN BASE | | | | 5,246.00 |
| MONTHS REMAINING 18 | | Gov Bar Date 10/07/2014 | | 04/26/2016 | 30.50 | CLM-TOT | | | | 4,964.05 |
| | | R/E Equity 1.00 | | | | | | | | |
| | | R/E Exemption $1.00 | | | | | | | | |
| | | PP Equity $1.00 | | | | | | | | |

| NUMBER | CURRENT CLAIM HOLDER NAME | CLM # | CLS | SCHLD PYMT | DISB CODE | Debt | PAID BY TRUSTEE | INTEREST PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 SEVEN FAMILY FITNESS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ARS ACCOUNT RESOLUTIONS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CAPITAL MANAGEMENT SVCS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CENTER FOR DIGESTIVE & LIVER | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CENTRAL FINANCIAL CONTROL | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | COASTAL IMAGING | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | COLLECTRON, INC. | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | COMCAST - SAVANNAH | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | COSTRINI & MEADOWS PC | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | FINGERHUT | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | GASTROENTEROLOGY CONS. | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | KIDS FIRST PEDIATRICS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | LVNV FUNDING | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | MEMORIAL UNIV MED CNTR | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | NATIONAL RECOVERY SERVICE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | NORTH EASTERN RECOVERY | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ONLINE COLLECTIONS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | OPTIM OUTCOMES | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PMAB | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PMAB | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | POLLACK & ROSEN, PA | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PROFIT SERVICES GROUP | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | PROGRESSIVE FINANCIAL SVCS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SENICK MATTHEWS AND BROWN | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | ST. JOSEPH'S / CANDLER | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | SWEEPSTAKES CLEARING HS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | NEUROLOGICAL INSTITUTE | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | NICHOLE J. (GARNTO) CAYLOR | | OTH | 0.00 | O99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| 215108 | INTERNAL REVENUE SERVICE | 00001 | PRI | 0.00 | P32 | 297.62 | 0.00 | 0.00 | 297.62 | 297.62 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 00002 | SEC | 5.00 | S06 | 221.45 | 115.00 | 0.00 | 221.45 | 106.45 |
| | ASSET ACCEPTANCE LLC | 00003 | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 523.10 | NOT PAID |
| | ST JOSEPH'S/CANDLER HOSPITAL | 00004 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 8,587.49 | 0.00 |
| | ST JOSEPH'S/CANDLER HOSPITAL | 00005 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 10,728.26 | 0.00 |
| 956184 | EFFINGHAM HOSPITAL | 00006 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 10,908.01 | 0.00 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 00007 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 289.38 | 0.00 |

| NUMBER | CURRENT CLAIM HOLDER NAME | CLM # | CLS | SCHLD PYMT | DISB CODE | Debt | PAID BY TRUSTEE | INTEREST PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | SPRINT NEXTEL DISTRIBUTIONS | 00008 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,854.48 | 0.00 |
| | GEORGIA DEPT OF REVENUE | 00009 | PRI | 0.00 | P32 | 695.06 | 0.00 | 0.00 | 695.06 | 695.06 |
| | MIDLAND FUNDING LLC | 00010 | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 2,929.03 | NOT PAID |
| | AFNI, INC. | 00011 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 969.20 | 0.00 |
| 951447 | GA EMERGENCY ASSOCIATES | 00012 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,068.00 | 0.00 |
| | CARTER-YOUNG INC | 00013 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 801.65 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC | 00014 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 1,638.51 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC | 00015 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 281.31 | 0.00 |
| 955765 | NATIONAL CREDIT SYSTEMS | 00016 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 2,976.69 | 0.00 |
| 401141 | REGISTER LAW FIRM-SAVANNAH | 00997 | OTH | 0.00 | 07 | 569.73 | 569.73 | 0.00 | 569.73 | PAID OUT |
| | GEORGIA DEPT OF REVENUE | 01009 | UNS | 0.00 | U42 | 0.00 | 0.00 | 0.00 | 111.10 | 0.00 |
| 900018 | CLERK OF U S BANKRUPTCY CRT | 991 | AA | 235.00 | | 235.00 | 235.00 | 0.00 | 235.00 | PAID OUT |
| 937261 | CLERK U S BANKRUPTCY COURT | 994 | AA | 46.00 | | 46.00 | 46.00 | 0.00 | 46.00 | PAID OUT |
| | JEFFREY S HANNA (CR) | 999 | LP | 0.00 | | 2,430.27 | 1,443.53 | 0.00 | 2,430.27 | 986.74 |
| | TRUSTEE FEE | | TRU | | | 468.92 | 237.16 | | 468.92 | 231.76 |

|  | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | INTEREST | UNDISBURSED |
|---|---|---|---|---|---|---|---|---|
| **DEBT** | 221.45 | 992.68 | 43,666.21 | 749.92 | 2,430.27 | 569.73 | | |
| **PAID** | 115.00 | 0.00 | 0.00 | 518.16 | 1,443.53 | 569.73 | 0.00 | 37.76 |
| **BALANCE** | 106.45 | 992.68 | 0.00 | 231.76 | 986.74 | 0.00 | BALANCE | 2,279.87 |

(THIS IS NOT A PAYOFF BALANCE)
AT 08/16/2016